UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **UNITED STATES SMALL BUSINESS ADMINISTRATION as receiver for TRIDENT GROWTH FUND, L.P.,** § § § § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:15-CV-1851-L** |
| § | |
| **DONALD MOOREHEAD,** § § | |
| Defendant. § | |

# ORDER

Before the court is Plaintiff's Request for Entry of Default and Default Judgment (Doc. 16), filed June 24, 2016. Default was entered against Defendant Donald Moorehead by the clerk of the court on June 27, 2016. On October 11, 2016, Magistrate Judge Renée Harris Toliver entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court grant Plaintiff's Request for Default Judgment on its contract and fraud claims in the amount of $262,300 but reduce the amount of attorney's fees and costs requested to $12,729.09. No objections to the Report were filed.

Having reviewed the motion, pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Plaintiff's Request for Default Judgment (Doc. 16) and **orders** that default judgment be entered for Plaintiff in the amount of **$262,300**, which consists of the amount of unpaid principal and accrued interest owed under the Settlement Agreement and Release; and reasonable attorney's fees and costs in the amount of **$12,729.09**.

Postjudgment interest shall accrue at the applicable federal rate of **.66%** on the total amount awarded **($275,029.09)**. In accordance with Rule 58 of the Federal Rules of Civil Procedure, a default judgment will issue by separate document.

**It is so ordered** this 31st day of October, 2016.

```
                              Sam A. Lindsay
                              United States District Judge
```